Exhibit A

Cases in Which Petitioner Provided Pro Bono
Representation to Clients Formerly Represented by James Robinson

Kiara French, 14-40845
Morice and Tamela Garrison, 14-40962
Belina Hicks-Rolle, 134-40970
Dareen Abram, 14-40974
Rodney Dalton, 14-41216
Lakeisha Douglas , 14-41525
Debra Wilson, 14-41617
Briana Brown, 14-41806
Hillis Willis, 14-42073
Carmen Miller, 14-42370
Marlene Lee, 14-42515
Kimberly Roberts, 14-42602
Addrine and Virdell Heard, 14-42736
Sharmaine Hudson, 14-42748
Tiffany Williams, 14-42753
Brittany Travis, 14-42839
Stevie Black and Catina Frost, 14-42904
Tamica Carter, 14-42909
Jacklyn Ratler, 14-42919
Celisha Johnson, 14-42974
Monique Husse, 14-42977
Johnnie Thomas, 14-42991
Jerrisakah Chambers, 14-43047
Bertha Merriwether, 14-43099
Lavonder Buford-Morgan, 14-43101
Tamika Sevier, 14-43102
Leslie Dinkins, 14-43137
Marquita Mike-Higgins, 14-43141
April Williams, 14-43143
Renee Peeples, 14-42144
Sholonda Stuckey, 14-43248
Ivana French, 14-43250-659
Tamika Fletcher, 14-43252
Jason Torrence, 14-43254
John and Lakisha Brown, 14-43259
Lance Pettyman, 14-43261
Nathaniel Cambert, 14-43263
Gregory Cook and Aricka Walker, 14-43266
LaKesha Johnson, 14-43309
Latoya Hunter, 14-43317
Robin Pointer, 14-43317

Tametha Wilson, 14-43325
Linda Jones-Lane, 14-43349
Shaun Valentine, 14-43351
Patricia Clines, 14-43353
Jermaine Jackson, 14-43355
Timothy Nelson, 14-43358
Von Sheila Forest, 14-43359
Madeline Major, 14-43360
Mary Donelson, 14-43361
Monica Smith, 14-43362
Kathleen Brown, 14-43400
Deja Randle, 14-43401
Barbara Broyles, 1443405
Octavia Akins, 14-43405
Amber Pittman, 14-42408
 Keisha Hamilton, 14-3409
Angelica Chambers, 14-43411
Chere'e Gardner, 14-4342
Latrese Tatu Williams, 14-43414
Thomas Daniels, 14-43418
Nichelle Butler, 14-43419
Stephanie Beasley, 14-43420
Torie Barber 14-43467
Keli Curtis, 14-43470
Ramone Vaultz, 14-42474
Amanda Hauschild, 14-43474
Curtis Hayes, 14-43593
LaShanda Lenore, 14-43595
Brandy Taylor, 14-43596
Walter Mitchell, 14-43601
Elaine Davis, 14-43622
Roberta Taylor, 14-43658
Lavonda Scott, 14-43664
Sharee Daniels, 14-43665
Natalie Watson, 14-43666
Dejarnetta Hipps-Patterson, 14-43685
Randy Blount, 14-43686
Patria Durley, 14-43687
Quentin Virgil, 14-43688
Marshea Truss, 14-43692
Robin Webb, 14-43693-705
Dwayne and Kathy Lane, 14-43694-705
Lamar Futrell, 14-43696-705
Deaon Slaughter, 14-43696-659
Vicki Oliver, 14-43698-705
Ciara Adkins, 14-43699-659

Connie McGruder, 14-43700-705
Marshall Beard, 14-4351-705
Quiana Sykes, 14-43752-705
Delvin Chambers, 14-43753-705
Tosha Jasper, 14-43757-705
Calvin Lyons, 14-43760
Candice Shelton, 14-43762
Deanna Mitchell, 14-43764
Carla Harris, 14-43770
Odessa Stewart, 14-43773
Nathan Davis, 4-43774
Steven Davis, 14-43838
Rosalind Thomas, 14-43840
Estella White, 14-43845
Salena Davis, 14-43846
Nicole Garner, 14-43847
Antainette and Gregory Collins, 14-43849
Latosha Ousley, 14-43909
Rashondre Lindsey, 14-43910
Jovon Steward, 14-43912
Laura Gibson, 14-43913
Angelique Shields, 14-43914
Davidson Merriweather, 14-43916
Harvey and Lawanda Price, 14-43919
Donna Littleton, 14-433923
Patricia Allen, 14-43926
Sherry Cook, 14-43928
Terri Hicks, 14-43953
Danielle Williams, 14-43961
Thomas Gunter, 14-43963
Samantha Adams, 14-43969
Chrystal Dickens, 14-44009
Bernita Bolden, 14-44010
Felicia Carlisle, 14-44013
Darren Cartern, 14-44015
Charles and Lisa Kemp, 14-44016
Lawrence and Michelle Johnson, 14-44017
Latonya Willis, 14-44021
Maurice Young, 14-44022
Sharon Rush, 14-44023
Maret Taylor, 14-44024
Leslie House, 14-44054
Juan and Candice Hamlin, 14-44058
Hilda Jones, 14-44061
Lorenta Swearengen, 14-44062
Shanies Carroll, 14-44087

Trena Swink, 14-44089
Pearlean McClendon, 14-44090
Natalie Stroud, 14-44094
Carolina Avellane, 14-44096
Shanta Johnson-Jones, 14-44097
Bonita Moore, 14-44098
Sherice Williams, 14-44099
Kuvshanka Mackey, 14-44100
Kimberly Triplett, 14-44130
Faye Jones-Gilliam, 14-44131
Stephanie Lockhart, 14-44132
Gwendolyn McFadden, 14-44134
Shanika Whitfield, 14-44135
Temika Wilkes, 14-44139
Diana Bogan, 14-44140
Sherie Philips, 14-44197
Antwan and Teresa McLemore, 14-44199
Terry Averil Williams, 14-44204
Jason Logan, 14-44240
Karen Brown, 14-44245
Rehua Ericks, 14-44248
Latonya Ross, 14-44249
Ruby Price, 14-44252
James Grayson, 14-44254
Shergail Moore, 14-44255
Anita Fuqua, 14-44257
Candice Wiggins, 14-44259
Kavonna Fowler, 14-44328
Karen McGrew, 14-44330
LaJuanda Watson, 14-44335
Nedra Cunningham, 14-44337
Sonje Brothers, 14-44423
Debra Holley, 14-44425
Catrina Gregory, 14-44436
Joseph Shantel Watts, 14-44437
Nakia Foots, 14-44438
Luefa and Stratton Kyle, 14-44441
Carolyn West, 14-44442
\Lettie Moore, 14-44444
Reiji Larry, 14-44445
Elaine Davis, 14-44535
Tenille Scott, 14-44536
Erica Satterwhite, 14-44537
Dorin Dukes, 14-44538
Elaina Moore, 14-44610
Annet Sseremba, 14-44605

Mary Jackson, 14-44616
Paris Moore, 14-44619
Edward Caruther, 14-44621
Medena Chatman, 14-44628
Terrell Anderson, 14-44629
Evette Reed, 14-44818
Tracie Johnson, 14-44819
Betty Smith, 14-44820
Jessica Wilson, 14-44822
Rita Ford, 14-44823
LaUnia Robinson, 14-44851
JoAnne Boone, 14-44852
John and Lisa Cain, 14-44853
Audrey Payne, 14-44854
Lucenda Netterville, 14-44855
Dorothea Patterson, 14-44856
Sol Byrd, 14-44857
David and Cassandra Allen, 14-44858
Fredrick Patrick, 14-44859
Andrea Nicholson, 14-44860
Pauline Brady, 14-44909
Latasha Stowers, 14-44910
Jalisa Hunter, 14-44919
Kenya Lott, 14-44920
Maurice Bennett, 14-44921
Tamika Henry, 14-44922
Taneka Andrews, 14-44924
Latasha Edwards, 14-44935
Tana Coleman, 14-44980
Evelyn Bennett, 14-44981
Asa Pierce, 1-44982
Crystal Townes, 14-44983
Lawanda Douglas, 14-44984
Shatoya Edwards, 14-44985
Danielle Brown, 14-4498
Debra Lasley, 14-44987
Dion William, 14-44991
Marquita Mixon, 14-44992
Kathy Williams, 14-44993
Shavonda Crawford, 14-44994
Sharee Jones-Gunn, 14-45020
Yvonne Wright, 14-45022
Brandon Kennard, 14-45023
Teneya Freeman, 14-45025
Nicholas Barnes, 14-45026
Deborah and Robert Doll, 14-45033

Dulani Jenkins, 14-45152

Case: 4:15-cv-01204-CEJ   Doc. #:  1-1   Filed: 08/06/15   Page: 6 of 6 PageID #: 37